

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 25, 2021

**The government's application is GRANTED. The initial conference scheduled for July 22, 2021, is adjourned to September 9, 2021, at 10:50 a.m.**

Dated: June 25, 2021
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re: *Khaliq v. Garland, et al.*, No. 21 Civ. 3002 (LGS)

Dear Judge Schofield:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application for Naturalization (Form N-400). The government's response to the complaint is currently due August 18, 2021. On behalf of the government, I write respectfully to request an on-consent adjournment of the initial conference presently scheduled for July 22, 2021 to a date in September as set forth below.

The adjournment is respectfully requested because USCIS has scheduled an interview for the plaintiff regarding his naturalization application for July 19, 2021. The government anticipates that the requested adjournment will provide adequate time for USCIS to conduct the interview and then to determine what next steps may be necessary with respect to plaintiff's application or to proceed to take adjudicative action, which potentially could render this action moot. The government respectfully submits that the requested adjournment is in the interest of judicial efficiency and conservation of judicial and party resources. The parties have consulted regarding available dates in September for the conference and respectfully request that the conference be scheduled on one of the following dates: September 9, 10, 13, 14, 15, 17, 20, 23, 24, 27, or 30.

This is the government's first request to adjourn the initial conference. The government does not seek an extension of time for its response to the complaint at this time. Plaintiff consents to this request.

I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)